**DENIED and Opinion Filed July 8, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00788-CV**

**IN RE DELORIS PHILLIPS, Relator**

**Original Proceeding from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-24-02094-2**

## MEMORANDUM OPINION

Before Justices Nowell, Carlyle, and Miskel
Opinion by Justice Carlyle

Before the Court is relator's July 1, 2024 petition for writ of mandamus and emergency motion for injunctive relief. Upon review, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Backusy*, No. 05-23-00674-CV, 2023 WL 4540278, at *1 (Tex. App.—Dallas July 14, 2023, orig. proceeding) (mem. op.); TEX. R. APP. P. 52.1, 52.3(a)–(j), 52.7(a); *see also In re Fears*, No. 05-24-00154-CV, 2024 WL 748077, at *1 (Tex. App.—Dallas Feb. 23, 2024, orig. proceeding) (mem. op.) (explaining how a relator may obtain certified or sworn copies of documents); *In re Stewart*, No. 05-19-01338-CV, 2020 WL 401764, at *1 (Tex. App.—Dallas Jan. 24,

2020, orig. proceeding) (mem. op.) (explaining that our precedent requires "exceptionally strict compliance" with rule 52.3(j) and that "[t]o comply with prior opinions of this Court that interpret mandamus rules, relators should use the exact words of rule 52.3(j) without deviation in their certification").

Accordingly, we deny relator's petition for writ of mandamus. Having denied the petition, we also deny as moot relator's emergency motion.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

240788F.P05